## NADA Official Used Car Guide
### Thursday, August 26, 2010

## Vehicle Summary NADA Values

| | | | | |
|---|---|---|---|---|
| **Region:** | Mountain States - August 2010 | | **Reference #:** | |
| **Vehicle Description:** | 2006 BUICK Rendezvous-V6 Utility 4D CXL AWD | | **VIN:** | 3G5DB03L86S604356 |
| **MSRP:** | $32,310 | | **Weight:** | 0 |
| **Mileage:** | 62,500 | | | |

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Value** | $9,250 | $10,425 | $11,375 | $10,250 | $14,525 |
| **Optional Equipment** | | | | | |
| 3rd Row Seat | $200 | $200 | $200 | $200 | $225 |
| Fixed Running Boards | $125 | $125 | $125 | $125 | $150 |
| Luggage Rack | $50 | $50 | $50 | $50 | $75 |
| **Option Total** | $375 | $375 | $375 | $375 | $450 |
| **Mileage Adjustment** | $0 | $0 | $0 | $0 | $0 |
| **Total NADA Official Used Car Guide Values** | $9,625 | $10,800 | $11,750 | $10,625 | $14,975 |

NADA assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. All NADA values are reprinted with permission of NADA Used Car Guide, NADASC.

http://nada3.nada.com/UCGWeb/ReportOutput.aspx?s=uhJDEC-188536764-7646&pt=ht... 8/26/2010